# EXHIBIT "A"

**SUM-100**

# AMENDED SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target Corporation, and Does 1 to 100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Andrew Murtomaki

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
10/08/2020 at 06:36:00 PM
Clerk of the Superior Court
By Taylor Crandall, Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Superior Court of California, County of San Diego
*(El nombre y dirección de la corte es):*
330 West Broadway
San Diego, CA 92101

CASE NUMBER: *(Número del Caso):*
37-2020-00027991-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andy Van Le, Esq. (SBN 214177), 1551 Fourth Avenue, Suite 102, San Diego, CA 92101, 619-525-0001

DATE: 10/09/2020        Clerk, by  T. Crandall  , Deputy
*(Fecha)*                *(Secretario)*           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Target Corporation

   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**Exhibit A**
**001**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Andy Van Le, Esq. (SBN 214177)<br>Law Offices of Andy Van Le & Associates, P.C.<br>1551 Fourth Avenue, Suite 102<br>San Diego, CA 92101 | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/08/2020** at 06:36:00 PM<br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |
| TELEPHONE NO: 619-525-0001   FAX NO. *(Optional):* 619-525-0009 | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* Plaintiff Andrew Murtomaki | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division

PLAINTIFF: Andrew Murtomaki

DEFENDANT: Target Corporation, and

[x] DOES 1 TO 100, Inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[x] AMENDED *(Number):* 1

Type *(check all that apply):*
[ ] MOTOR VEHICLE   [x] OTHER *(specify):* Negligence
  [ ] Property Damage   [ ] Wrongful Death
  [x] Personal Injury   [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: 37-2020-00027991-CU-PO-CTL

1. Plaintiff *(name or names):* Andrew Murtomaki
   alleges causes of action against defendant *(name or names):*
   Target Corporation, and Does 1 to 100, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |

**Exhibit A**
**002**

PLD-PI-001

| SHORT TITLE: Andrew Murtomaki v. Target Corporation, et al. | CASE NUMBER: 37-2020-00027991-CU-PO-CTL |
|---|---|

4. ☐ Plaintiff (name):
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

Exhibit A
003

PLD-PI-001

| SHORT TITLE: Andrew Murtomaki v. Target Corporation, et al. | CASE NUMBER: 37-2020-00027991-CU-PO-CTL |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [ ] Other *(specify)*:

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [ ] loss of use of property
   c. [x] hospital and medical expenses
   d. [x] general damage
   e. [ ] property damage
   f. [x] loss of earning capacity
   g. [x] other damage *(specify)*:
       Pre and post judgment interest and such other and further relief as the Court deems just and proper.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [x] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: October 8, 2020

Andy Van Le, Esq.
_____
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]          **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**          Page 3 of 3

**Exhibit A**
**004**

PLD-PI-001(4)

| SHORT TITLE: Andrew Murtomaki v. Target Corporation, et al. | CASE NUMBER: 37-2020-00027991-CU-PO-CTL |

First _____ **CAUSE OF ACTION—Premises Liability**    Page ___4___
  (number)

ATTACHMENT TO [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* Andrew Murtomaki

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* August 11, 2018    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Plaintiff was a business invitee at or near 5500 Grossmont Center Drive #1, La Mesa, CA 91942. Plaintiff was operating a motorized shopping cart provided by Defendants, when unbeknownst to Plaintiff, the checkout aisle he was about to enter was too narrow to safely operate a motorized shopping cart. Additionally, Plaintiff was unaware that the aisle contained a concealed hazard, namely a sharp metal shelf. Upon entering this aisle, Plaintiff collided with said metal shelf and consequently suffered a deep laceration to his right leg.

Prem.L-2.  [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Target Corporation, and

[x] Does ___1___ to ___100, inclusive___

Prem.L-3.  [x] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
Target Corporation, and

[x] Does ___1___ to ___100, inclusive___

Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [x] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*
Target Corporation, and

[x] Does ___1___ to ___100, inclusive___

   a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Target Corporation, and

[x] Does ___1___ to ___100, inclusive___

   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

Exhibit A
005

PLD-PI-001(2)

| SHORT TITLE: Andrew Murtomaki v. Target Corporation, et al. | CASE NUMBER: 37-2020-00027991-CU-PO-CTL |
|---|---|

Second _____ **CAUSE OF ACTION—General Negligence**   Page 5
(number)

ATTACHMENT TO [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Andrew Murtomaki

alleges that defendant *(name):* Target Corporation, and

[x] Does   1   to   100, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* August 11, 2018

at *(place):* Target located at or near 5500 Grossmont Center Drive #1, La Mesa, CA 91942

*(description of reasons for liability):*
Plaintiff Andrew Murtomaki (hereafter "Plaintiff") re-alleges and incorporates all preceding allegations as though fully set forth herein against Target Corporation, and Does 1 to 100, inclusive (hereafter "Defendants"):

On or about August 11, 2018, Plaintiff was a business invitee at or near 5500 Grossmont Center Drive #1, La Mesa, CA 91942, a property owned, leased, occupied, or controlled by Defendants. Plaintiff was operating a motorized shopping cart provided by Defendants, when unbeknownst to Plaintiff, the checkout aisle he was about to enter was too narrow to safely operate a motorized shopping cart. Additionally, Plaintiff was unaware that the aisle contained a concealed hazard, namely a sharp metal shelf. Upon entering this aisle, Plaintiff collided with said metal shelf and consequently suffered a deep laceration to his right leg.

Plaintiff was harmed because of the way Defendants managed their property. Defendants were negligent in their use or maintenance of the property because they owed a duty to exercise reasonable care to Plaintiff, a business invitee, and failed to use reasonable care to keep the property in a reasonably safe condition. Defendants failed to use reasonable care to discover any unsafe conditions and to give adequate warning of anything that could be reasonably expected to harm others. Specifically, Defendants knew or should have known that creating an aisle too narrow to safely operate a motorize shopping cart, and one which contained a concealed hazard, such as a sharp metal shelf, would cause Plaintiff harm. Plaintiff was harmed as a result of Defendants' negligence, which was a substantial factor in causing Plaintiff's harm.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

Exhibit A
006